1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                            **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JAMES TIERCE,                      )   NO. ED CV 09-796-VAP(E)
                                       )
12          Plaintiff,                 )
                                       )
13      v.                             )   ORDER ADOPTING FINDINGS,
                                       )
14  DIRECTOR J. TILTON, et al.,        )   CONCLUSIONS AND RECOMMENDATIONS
                                       )
15          Defendants.                )   OF UNITED STATES MAGISTRATE JUDGE
    _____)

16

17          Pursuant to 28 U.S.C. section 636, the Court has reviewed the

18  Complaint, all of the records herein and the attached Report and

19  Recommendation of United States Magistrate Judge.  The Court

20  approves and adopts the Magistrate Judge's Report and

21  Recommendation.

22

23          IT IS ORDERED that: (1) the Report and Recommendation of the

24  Magistrate Judge is approved and adopted; and (2) Judgment shall

25  be entered dismissing the action without prejudice.

26  ///

27  ///

28  ///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy
2  of this Order and the Judgment of this date on Plaintiff.

3

4    DATED: _August 12, 2009

5

6

7  _____
8            VIRGINIA A. PHILLIPS
            UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28