**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
JAMES TIERCE,                    )    NO. ED CV 09-796-VAP(E)
                                 )
          Plaintiff,             )
                                 )
     v.                          )    JUDGMENT
                                 )
DIRECTOR J. TILTON, et al.,      )
                                 )
          Defendants.            )
_____)
```

   IT IS ADJUDGED that the action is dismissed without prejudice.

   DATED:  _August 12, 2009

                              _____
                                   VIRGINIA A. PHILLIPS
                              UNITED STATES DISTRICT JUDGE